**MEMO ENDORSED**

LAW OFFICES
# DAVID WIKSTROM
WOOLWORTH BUILDING · 233 BROADWAY · SUITE 2208
NEW YORK, NY 10279

E-MAIL: DAVID@DAVIDWIKSTROM.COM
WWW.DAVIDWIKSTROM.COM

TELEPHONE: (212) 248-5511
FACSIMILE: (212) 248-2866

October 23, 2012

The Honorable Naomi Reice Buchwald
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007
By Fax: (212) 805-7927 and Regular Mail

RECEIVED IN CHAMBERS
OF NAOMI REICE BUCHWALD
OCT 23 2012
UNITED STATES COURT JUDGE

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/23/2012

Re: United States v. Tai Nguyen
    12 CR 495 (NRB)

Dear Judge Buchwald:

**MEMO ENDORSED**

Application granted.

*Naomi Reice Buchwald*
USDJ
10/23/12

   I write, with the consent of Assistant United States Attorney David Miller, for a modification of the bail limits set in the above case to permit the Defendant to travel to California between October 26 and November 4, 2012. As the Court knows, on Mr. Nguyen's release on bail, his travel was restricted to the Southern and Eastern Districts of New York, the District of New Jersey, and the District of Oregon. He is, and has been, in full compliance with the terms and conditions of his pretrial release.

   Mr. Nguyen and his wife operate a business called "Bounce U," a play space for children, located in Pleasanton, California. They have lost the lease for those premises, and need to travel to California to shut down the business and arrange for storage of the fixtures and furniture. If granted permission, Mr. Nguyen would leave Oregon on October 26th, returning November 4th. While there, he would stay at his brother's house, located at 1268 W. Lagoon Rd., Pleasanton, CA 94566. Mr. Nguyen would provide advance information as to his travel itinerary to Pretrial Services. As indicated above, Assistant United States Attorney David Miller consents to this application.

   I therefore respectfully request that the application be granted.

Sincerely,

David Wikstrom

cc: David Miller, AUSA