UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------x

UNITED STATES OF AMERICA,               :

                       Plaintiff,      :

             -against-               :        **12 CR 493 (NRB)**

TAI NGUYEN,                              :

                Defendant.      :

-------------------------------------------------x

---

## DEFENDANT'S SENTENCING MEMORANDUM

---

DAVID WIKSTROM, ESQ.
Attorney for Tai Nguyen
Woolworth Building
233 Broadway, Suite 2208
New York, New York 10279
(212) 248-5511

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------x

UNITED STATES OF AMERICA,                 :

                           Plaintiff,                 :

                 -against-                 :          **12  CR  493  (NRB)**

TAI NGUYEN,                                :

                     Defendant.                 :

---------------------------------------------------x

## DEFENDANT'S SENTENCING MEMORANDUM

### INTRODUCTION

Defendant Tai Nguyen submits this Memorandum in mitigation of sentence.  Mr. Nguyen pleaded guilty to a one-count Information charging him with conspiracy to commit insider trading, in violation of 18 U.S.C. §371, 15 U.S.C. §§78j(b) and 78ff, and 17 CFR §§240.10b-5.  The Probation Department, adopting the provisions of the parties' plea agreement, calculates Mr. Nguyen's Guidelines sentencing range to be 46 to 57 months' imprisonment.[1]

Mr. Nguyen is a devoted husband and father of two teenagers.  He has no criminal record.  His background and actions outside the charged conduct present exceptional

---

[1] I have reviewed the Presentence Report ("PSR") with my client.  We have no objection to its content or its guidelines calculation.

grounds for the Court's leniency.  His conduct: wheedling inside information from his sister—an assistant comptroller at Abaxis, a biotech company—on four occasions and giving it to Noah Freeman and Sam Barai who profited wildly from it, has done terrible harm.  He faces prison, he has greatly damaged his relationships with his sister and other siblings, he faces a $400,000.00 forfeiture in this case as well as still-pending civil SEC charges, and his sister has been fired and sued separately by the SEC.  It is an understatement to say that Tai Nguyen stands before the Court deeply chastened and remorseful.

For the reasons set forth below, I believe that the Guidelines sentence should not be imposed here.  He is not a dangerous man, who needs to be imprisoned to protect the public.  He has acknowledged the appropriateness of punishment through his acceptance of responsibility and consent to forfeiture.  He has been punished in a unique fashion by having done terrible damage to his relationships with his siblings, who correctly blame him for his sister's loss of employment.  A short term of imprisonment adequately reflects the seriousness of this kind of offense, as exemplified by many of the sentences already meted out in similar—and in some cases far more egregious—cases.

In sum, a sentence below the applicable guideline range is "sufficient, but not greater than necessary," 18 U.S.C. §3553(a), to achieve the sentencing goals of punishment, deterrence and rehabilitation, and ensures Mr. Nguyen's continued rehabilitation, which the Supreme Court has acknowledged "may be highly relevant to several of the §3553(a) [sentencing] factors." *Pepper v. United States,* 131 S.Ct. 1229, 1242 (2011).

## APPLICABLE SENTENCING STANDARD

As the Supreme Court reaffirmed in *Pepper*, the cornerstone of federal sentencing is that the sentencing judge "consider every convicted person as an individual and every case as a unique study in the human failings that sometimes mitigate, sometimes magnify, the crime and the punishment to ensue." *Id.*, 131 S.Ct. At 1240 (*quoting Koon v. United States,* 518 U.S. 81, 113 91996)).  That process is embodied in the advisory sentencing system instituted by the Supreme Court's decision in *United States v. Booker,* 125 U.S. 738 (2005), which "breathes life into the authority of district court judges to engage in individualized sentencing within reason in applying the §3553(a) factors to the criminal defendants that come before them." *United States v. Jones,* 531 F.3d 163, 170 (2d Cir. 2008)(district court must make an "individualized assessment" of the sentencing warranted by §3553(a) "based on the facts presented" and "may not presume that the Guidelines range is reasonable.") The deference granted a district court's determination springs from its "singular advantage of actual and extensive sentencing experience," as well as its familiarity with the individual case and the individual defendant before it." *Id.* at 170.

Consistent with the principle of individualized sentencing is the wide discretion afforded the sentencing judge "in the sources and types of evidence used to assist in determining the kind and extent of punishment to be imposed," in particular, "the fullest information possible concerning the defendant's life and characteristics." *Pepper,* 131 S.Ct. At 1240 ("[p]ermitting sentencing courts to consider the widest possible breadth of information about a defendant ensures that the punishment will suit not merely the offense but the

3

individual defendant.") Indeed, as *Pepper* points out, this principle is codified in 18 U.S.C. §3661 ("[n]o limitation shall be placed on the information concerning the background, character, and conduct of a person convicted of an offense which a court of the United States may receive and consider for the purpose of imposing an appropriate sentence.")

## THE OFFENSE CONDUCT

Over the last several years, the Office of the United States Attorney for the Southern District has made significant and highly-publicized inroads into the eradication of insider trading, which heretofore had been suspected to be endemic to Wall Street and among hedge funds. Those suspicions haqve been amply confirmed: to date, more than seventy separate prosecutions have been commenced, virtually all of which resulted in guilty pleas or trial convictions, and the imposition of imprisonment and large financial penalties on more than fifty of them.[2]

Tai Nguyen committed the same crime, for which he will now be punished. But apart from that fact, he is unlike virtually all of those defendants. The series of Southern District prosecutions involved, in general, experienced and wealthy Wall Street insiders, whose business model involved the corrupt acquisition of material, non-public information (hereinafter "MNPI") from corporate insiders, and the subsequent trading on that information in pursuit of immense personal gain. The money managers and hedge fund

---

[2] I have attached, as Exhibit A, a chart submitted last month to Judge Rakoff in connection with the sentencing of Wesley Wang, in *United States v. Wang*, 12 CR 541 (JSR). That chart summarized the cases and sentences imposed in those cases. So far as counsel is aware, the accuracy of the chart was not questioned by either Government counsel or the Court in connection with Mr. Wang's sentencing.

operatives fed on that information day in and day out, for profit, while corporate insiders who stole the information in violation of their fiduciary duties were paid off via "consulting" arrangements.  (*See, e.g.,* the prosecution of several defendants employed at Primary Global Research, a stock analyst and consulting consortium which was, in essence, a clearinghouse for the brokering of MNPI.  *United States v. Fleishan, et al.,* 11 CR 32 (JSR)).

Tai Nguyen never worked on Wall Street, never worked at a hedge fund.  He is an electrical engineer, with a subspecialty in semiconductors.  After receiving his B.S. in electrical engineering from Purdue in 1984, he worked for IBM, for Sigma, for Cirrus, and for other electrical engineering firms designing and fabricating chipsets for drives, graphics chips and so on.  When the semiconductor industry contracted in approximately 2001, he lost that employment and began working as a tech stock analyst for several independent financial institutions, as set forth in the PSR at ¶¶71-74.  In 2005 he was working as a semiconductor and tech stock research analyst at Susquehanna International Group, but he did not pass a required licensing exam and was let go.  He then formed his own research company—Insight Research LLC—to provide consultancy services to investors seeking analysis of semiconductor companies.  Insight employed one person: Tai Nguyen.  Its address was Tai's home.

Meanwhile, Sam Barai, Noah Freeman and Donald Longueuil, three close friends, were research analysts and portfolio managers for separate hedge funds.[3]  Mr. Barai was a

---

[3]  All three have been indicted.  *United States v. Freeman and Barai*, 11 CR 116 (DAB); *United States v. Longueuil,* 11 CR 161 (JSR).  Messrs Freeman and Barai are cooperating and have not yet been sentenced; as discussed in more detail below, Mr. Longueuil was sentenced, on 7/29/11, to a 30-month term of imprisonment.

porfolio manager at Tribeca Capital Management, and later became the principal at Barai Capital Management; Mr. Freeman was a research analyst at Sonar Capital Management and later became a portolio manager at SAC Capital. Mr. Longueiul worked for a hedge fund named Empire Capital. These three men were extremely close. They regularly met and had conference calls sharing their inside information with one another, shared the costs of their "research consultants," and discussed (and implemented) many methods to elude surveillance of the SEC and law enforcement investigators, a practice which allowed their activities to continue without hindrance for years.

Mr. Barai had met Mr. Nguyen, and in approximately 2005 hired Mr. Nguyen's firm (Insight) to provide analysis of tech stocks, for a consultancy fee of $8,000 per month. Mr. Barai also found it useful to use Mr. Nguyen to launder his money, which he accomplished by having Mr. Nguyen bill Mr. Barai's management firm at the monthly rate of $20,000, and then having him kick back the extra $12,000 to Barai, in cash.

Mr. Nguyen, having recently been laid off and just starting his own research firm, was eager to impress Barai and Freeman with his investment savvy and his concomitant future utility to them. But his knowledge and utility was based, at first, solely on his complete familiarity with the semiconductor industry and his experience as a research analysts covering those stocks. He had never obtained MNPI from anyone, nor imparted it to Barai, Freeman, or anyone.

That changed, however, in December 2005, when Mr. Nguyen's older sister, Thana Bao, began working for a company called Abaxis, a publicly-traded biotech firm. She was

hired as an assistant comptroller, reporting directly to the company's CFO, and as such, had access to MNPI. And on six occasions, between early 2006 and mid-2008, Mr. Nguyen obtained information from her; he then traded on it himself (earning $147,000), and passed it on to Barai and Freeman at their respective hedge funds, who proceeded to make a killing ($6,200,000.00). Ms. Bao was initially quite reluctant to impart this information to her brother; indeed, she told him initially that she couldn't. But Mr. Nguyen overcame her opposition by telling her that he only needed it to confirm the accuracy of the financial model he was creating in order to provide good advice to his customers.[4] On some occasions, however, his sister answered Mr. Nguyen's requests for MNPI without objection.

Mr. Nguyen never had any MNPI other than that he obtained some six times from his sister, and he never provided the information he did receive to anyone other than Barai and Freeman. He never paid his sister for the information, nor did she ever seek such payment.[5]

_____

[4] Mr. Nguyen was, in fact, attempting to develop an accurate model to predict Abaxis earnings. During the relevant time period, he made a prediction to Barai and Freeman based not on MNPI, but on his model. His prediction was wrong, and Barai and Freeman lost millions. Thereafter, in part to make up for their losses, Mr. Nguyen dispensed with his flawed model and again approached his sister, obtaining accurate numbers from her to impart to Barai and Freeman.

[5] The wrongdoing began to unravel some time in 2010, when Barai and Freeman began cooperating with the United States Attorney's Office. Their cooperation became public by February 2011, when they simultaneously were arraigned, waived indictment, pleaded guilty to felony Informations, and were immediately released. They have not yet been sentenced.

## A NON-GUIDELINES SENTENCE IS WARRANTED UNDER §3553

The Probation Department recommends a non-Guidelines sentence in part on the grounds of Aberrant Behavior[6] Probation concludes that Mr. Nguyen's conduct was "inconsistent with hit otherwise stable and law-abiding existence." It further concludes that his guidelines, driven largely by gains made by others, is "excessive," presumably because the enormous gains made by others, though "Relevant Conduct" under §1B1.3, overstate Mr. Nguyen's culpability and any likelihood of recidivism.

We agree with both of these conclusions. But we also think that 18 U.S.C. §3553(a)(6), the need to avoid unwarranted sentencing disparities, is easily applicable to Mr. Nguyen's case. As noted, a list of sentences imposed in this Court in connection with the dozens of recent insider-trading convictions is attached to this memorandum. But I wish to highlight two sentences in particular: James Fleishman (*United States v. Fleishman*, 11 CR 32 (JSR)) and Donald Longueiul (*United States v. Longueiul*, 11 CR 161 (JSR)). Both of those defendants received sentences of 30 months' imprisonment—the amount recommended by Probation for Mr. Nguyen—but both involved much more egregious and long-term conduct, and, I submit, defendants much less deserving of the court's leniency.

Mr. Fleishman was the sales manager for the expert networking firm Primary Global Research, the entity which was the conduit for corporate insiders to sell inside information to hedge funds and Wall Street investment advisers for a fee. For at least the years 2006

---

[6] It notes that the Aberrant Behavior Policy Statement (USSG §5K2.20) applies only to single criminal transactions, unaccompanied by significant planning, thus foreclosing applicability to a fraud case involving repeated acts and at least a modicum of foresight, as here.

through 2010, Mr. Fleishman recruited hedge fund clients and connected them to industry insiders, earning commissions of at least $829,000 between 2008 and 2010. Mr. Fleishman never accepted responsibility for his wrongdoing, but proceeded to trial and was convicted. Deviating from a guidelines range of 87 - 108 months, Judge Rakoff imposed a sentence of 30 months' imprisonment.

Donald Longueiul, as noted above, was a hedge fund portfolio manager, and a friend of—and coconspirator of—Barai and Freeman. Between at least 2006 and 2010, while working at a series of different hedge funds, he obtained MNPI and enabled the funds to earn millions of dollars in profits. He personally garnered between $1,000,000 and $2,500,000 in ill-gotten gains; furthermore, he stipulated as part of his guilty plea that he obstructed justice by destroying his computer hard drive as his arrest became imminent. From a stipulated guidelines range of 46 - 57 months, Judge Rakoff imposed 30 months' imprisonment.

Neither of these defendants are fairly comparable to Mr. Nguyen, and I therefore believe that a comparable sentence would be unwarranted. Unlike Tai Nguyen, they were seasoned professionals, who engaged in this conduct for years and years. Unlike Tai Nguyen, who had one well-placed relative whom he exploited—and who neither sought nor obtained compensation—they recruited additional hedge fund coconspirators as they went along, and paid off the corrupt insiders that were employed by PGR. They profited enormously from their conduct, many times more than did Mr. Nguyen.

I therefore respectfully submit that punishing Mr. Nguyen at the same level as either

of those defendants would be an injustice.

## THE DEFENDANT

Mr. Nguyen's history is described in detail in the PSR.  That his human failing—opportunistically exploiting his sister to curry favor with two corrupt portfolio managers—now jeopardizes the otherwise quiet, hard-working and law-abiding family life he has built since coming here, is unspeakably sad.

He was born in Saigon during the Vietnam war.  He and eleven other family members came to the United States in 1975 as refugees, sponsored by the Catholic church.  They arrived in possession of the clothing they wore and nothing else, and spoke not one word of English.  Supported only by their mother, who found work cleaning bowling alleys,[7] the family studied assiduously, and acquired English through remedial language courses at night. Tai graduated high school at 18, and obtained his B.S. from Purdue University in 1984.  The family, which, prior to this case, at least, was extremely close-knit, lived together (or close to one another), and are all devoutly religious.  All of Tai's siblings have built successful lives of their own.  (PSR ¶50.)

He has been married to Rachelle Arcayena since 1995, and they are the parents of a daughter and a son aged 15 and 14, respectively.

And as the Court knows from the PSR, Pretrial Services notes that their home—worth less than the amount owed on it—is on the verge of foreclosure in Oregon.

---

[7] Mr. Nguyen's father had become disabled in Vietnam, when half his body was badly burned in an automobile accident.  In addition, he suffered from Parkinson's disease.  (PSR ¶51.)

In sum, Mr. Nguyen's greedy and stupid decision to exploit his sister's position to his own advantage, and to garner credibility as an analyst in the eyes of Barai and Freeman, is a personal and family catastrophe.  He has brought pain and suffering on his wife, on his sister and other siblings, and soon on his two teenage children.  I have spent considerable time with the Defendant and wish to say that there is never a moment that he is not utterly remorseful and contrite.

I therefore respectfully request that the Court impose a sentence below the otherwise applicable Guidelines sentencing range.

Respectfully submitted,

David Wikstrom

11

# EXHIBIT  A

| Name | Judge | Sentence | Date | Job | Conduct | Charges | Cooperator | Trade personally | Make money | Source |
|---|---|---|---|---|---|---|---|---|---|---|
| Michael Cardillo | Judge Jed Rakoff | 3 years probation, $291,189 forfeiture | 10/25/2012 | Portfolio manager at Galleon Group | Executed trades based on securities fraud inside info | Pled guilty to one count of conspiracy to commit securities fraud and one count of securities fraud | Yes | Yes | | http://www.justice.gov/u sao/nys/pressreleases/O ctober12/CardilloSentenc ingR8.php http://www.courthousen ews.com/2012/05/31/46 988.htm |
| Rajat Gupta | Judge Jed Rakoff | 2 years prison, 1 year supervised release, $5 million fine | 10/24/2012 | McKinsey chairman and board member Procter & Gamble | Disclosed inside information he acquired as board member of Goldman and Procter & Gamble | Found guilty after jury trial of one count of conspiracy to commit securities fraud and three counts of securities fraud | No | No | | http://www.justice.gov/u sao/nys/pressreleases/O ctober12/GuptaSentenci ngR.php |
| Raj Rajaratnam | Judge Richard Holwell | 11 years prison, $53,816,434 forfeiture, $10 million fine | 10/13/2011 | Managing partner of Galleon Management | Repeatedly traded on inside information | Five counts of conspiracy to commit securities fraud, nine counts of securities fraud | No | Yes | | http://www.justice.gov/u sao/nys/pressreleases/M ay11/rajaratnamaverdic t.pdf |
| Rajiv Goel | Judge Barbara Jones | 2 years probation, $266,649 forfeiture, $10,000 fine | 9/24/2012 | Intel executive | Provided inside information about Intel to Rajaratnam in exchange for cash and Rajaratnam's use of Goel's brokerage account | Pled guilty to one count of conspiracy to commit securities fraud and one count of securities fraud | Yes | No | | http://www.justice.gov/u sao/nys/pressreleases/Fe bruary10/goelrajivplea.p df http://www.sec.gov/litig ation/litreleases/2010/lr 21732.htm |
| Gautham Shankar | Judge Richard Sullivan | 3 years probation, $25,000 fine, $448,437 forfeiture | 4/18/2012 | Trader at Schottenfeld | Passed along and received from Zvi Goffer and Thomas Hardin, traded on inside information | Pled guilty to conspiracy to commit securities and securities fraud | Yes | Yes | | http://www.fa-mag.com/fa-news/106/78-ex-goldman-sachs-employee-stared-prison-for-aiding-insider-probe.html http://www.fbi.gov/new york/press-releases/2009/nyfo11050 9.htm |
| Anil Kumar | Judge Denny Chin | 2 years probation, $2,260,000 forfeiture, $25,000 fine | 7/19/2012 | McKinsey partner | Provided information on McKinsey clients to Rajaratnam in exchange for cash and returns on Kumar's Galleon investments | Pled guilty to one count of conspiracy to commit securities and one count securities fraud | Yes | No | Yes, Rajaratnam paid Kumar $1.75 million | http://www.justice.gov/u sao/nys/pressreleases/Ju ly12/kumaranilsentencin g.html http://dealbook.nytimes. com/2012/08/21/the-winning-record-of-prosecutors-of-insider-trading/ http://www.justice.gov/u sao/nys/pressreleases/a ugust10/kumananilpleap df |

KT264113

| Name | Judge | Sentence | Date | Job | Conduct | Charges | Cooperator | Trade personally | Make money | Source |
|---|---|---|---|---|---|---|---|---|---|---|
| Drew Peterson | Judge Robert Patterson | 3 years probation, $405,416 forfeiture, $10,000 fine | 4/11/2012 | Investment advisor | Received inside information from Clayton Peterson and then executed trades; also provided information to a hedge fund CEO which made $5 million | Pled guilty to one count of securities fraud and to one count of conspiracy to commit securities fraud | Yes | Yes | Made $150,000 | http://www.huffingtonpost.com/2012/04/12/drew-peterson-denver-inve_n_1420207.html http://www.sec.gov/litigation/admin/2012/a-3426.pdf |
| Clayton Peterson | Judge Robert Patterson | 2 years probation, 3 months home confinement, $400,000 fine | 10/31/2011 | Arthur Anderson managing partner | Provided inside information to Drew Peterson about Mariner acquisitions; Drew executed trades | Pled guilty to one count of conspiracy to commit securities fraud and one count of securities fraud | Yes | No | No | http://www.justice.gov/usao/nys/pressreleases/August11/petersonclaytonandpetersondrewpleasp.pdf http://www.sec.gov/litigation/admin/2012/34-67268.pdf |
| Drew Brownstein | Judge Robert Patterson | 1 year and 1 day prison, 3 years supervised release, $2,445,856 forfeiture, $7,500 fine | 1/31/2012 | Big 5 Investment hedge fund manager | Used inside information to purchase Mariner options for the Hedge Fund and for other individuals | One count of securities fraud | No | Yes | Yes | http://www.justice.gov/usao/nys/pressreleases/January12/brownstendrewsentencingpr.pdf http://www.justice.gov/usao/nys/pressreleases/January12/brownstendrewsentencingpr.pdf |
| Aboot Ebrahim | Judge Paul J. Oetken | 1 year and 1 day prison, 2 years supervised release, $389,933 forfeiture, $10,000 fine | 10/26/2012 | Associate director of marketing at AT&T | Disclosed inside information about AT&T as consultant for expert networking firm | Pled guilty to one count of conspiracy to commit securities fraud and wire fraud | No (offered to testify but was not called) | No | Yes, paid $180,000 | http://www.fbi.gov/newyork/press-releases/2012/manhattan-u-s-attorney-and-fbi-assistant-director-in-charge-announce-guilty-plea-of-expert-networking-firm-consultant-to-insider-trading-conspiracy-charge http://www.businesswire.com/news/2012-10-25/en-at-and-t-employee-gets-year-in-prison-over-disclosures |

| Name | Judge | Sentence | Date | Job | Conduct | Charges | Cooperator | Trade personally | Make money | Source |
|---|---|---|---|---|---|---|---|---|---|---|
| James Fleishman | Judge Jed Rakoff | 30 months prison, 2 years of supervised release | 12/21/2011 | Sales Manager at Primary Global Research, disclosed inside information | Arranged for hedge fund clients to speak with consultants, knowing that consultants would provide confidential information, and count of conspiracy to commit wire fraud | Convicted after three week trial of one count of conspiracy to commit securities fraud and one count of conspiracy to commit wire fraud | No | No | | http://www.justice.gov/u sao/nys/pressreleases/Se ptember11/fleishmanjam esverdictspr.pdf |
| Stanley Ng | Judge Jed Rakoff | 2 years probation, 400 hours community service, $6,464 forfeiture, $2,000 fine | 5/9/2012 | SEC Reporting Manager at Marvell Technology | Provided Jiau and Nguyen with inside information regarding Marvell in exchange for other stock tips | Pled guilty to one count of conspiracy to commit securities fraud and wire fraud | Yes | | | http://www.justice.gov/u sao/nys/pressreleases/D ecember11/ngstanleyple apr.pdf |
| Winifred Jiau | Judge Jed Rakoff | 48 months prison, 2 years supervised release, $3.12 million forfeiture | 9/21/2011 | Consultant at Primary Global Research, expert networking firm | Sold inside information about Nvidia and Marvell to portfolio managers at hedge funds; received over $200,000 | Convicted after 2-week jury trial of one count of one count of conspiracy to commit securities fraud and one count of securities fraud | No | | Yes | http://www.justice.gov/u sao/nys/pressreleases/Se ptember11/jiauwinifredsect ncr.pdf |
| Son Ngoc Nguyen | Judge Jed Rakoff | 1 year probation, $6,464 forfeiture | 4/12/2012 | Financial analyst at Nvidia | Provided inside information to Jiau in exchange for stock tips and traded on two tips | Pled guilty to one count of conspiracy to commit securities and wire fraud | Yes | Yes | Yes, $3,200 | http://www.justice.gov/u sao/nys/pressreleases/M ay11/baraisamirnguyens onngocpleapr.pdf |
| Joseph Skowron III | Judge Denise Cote | 5 years prison, 3 years supervised release, $5 million forfeiture, $5.96 million restitution, $150,000 fine | 11/18/2011 | Portfolio manager of FrontPoint Partners | Used inside information from Yves Benhamou, a doctor who served as an advisor on a clinical drug trial, to avoid losses | Pled guilty to one count of conspiracy to commit securities fraud and obstruct justice | | Yes | Avoided $30 million in losses for hedge fund | http://www.justice.gov/u sao/nys/pressreleases/A ugust11/skowronjoseph pleapr.pdf |
| Yves Benhamou | Judge George Daniels | 24 days prison (time served), 3 years supervised release, $6 million restitution (jointly with Skowron) | 12/21/2011(trial) | Doctor who served as advisor on a clinical drug trial to Skowron | Provided inside information about clinical drug trial to Skowron | Pled guilty to securities fraud, making false statements to the FBI, and two counts of conspiracy | Yes | No | Received cash from Skowron | http://www.bloomberg.c om/news/2011-12-22/french-doctor-benhamou-gets-sentenced-to-time-served-in-inside-to-case.html |

| Name | Judge | Sentence | Date | Job | Conduct | Charges | Cooperator | Trade personally | Make money | Source |
|---|---|---|---|---|---|---|---|---|---|---|
| Michael Kimelman | Judge Richard Sullivan | 30 months prison, 3 years supervised release, $289,000 forfeiture | 10/12/2011 | Co-founder of Incremental Capital LLC | Received and traded on inside information from Zvi Goffer | Convicted after trial of one count of conspiracy to commit securities fraud and two counts of securities fraud | No | Yes | | http://www.fbi.gov/newyork/press-releases/2011/former-attorney-and-wall-street-professional-michael-kimelman-sentenced-in-manhattan-federal-court-to-30-months-in-prison-for-insider-trading |
| Emanuel Goffer | Judge Richard Sullivan | $761,623 in forfeiture | 10/7/2011 | Hedge fund trader | Traded on inside information regarding 3Com and Clear Channel. Communications: tried to count of conspiracy to cover up | Convicted following jury trial of two counts of securities fraud and one count of conspiracy to commit securities fraud. | No | No | | http://www.justice.gov/usao/nys/pressreleases/October11/goffermanuelsentencingpr.pdf |
| Zvi Goffer | Judge Richard Sullivan | 10 years prison, 3 years supervised release, $10 million forfeiture | 9/21/2011 | former Galleon trader | Managed own fund, Incremental Capital, including 3Com & Axcan Pharma | Convicted following jury trial of 12 counts of securities fraud and 2 counts of conspiracy to commit securities fraud; used prepaid cell phones to avoid detection. | No | Yes | Earned over $10 million in illegal profits | http://www.justice.gov/usao/nys/pressreleases/September11/gofferzvisentencingpr.pdf |
| Arthur Cutillo | Judge Richard Sullivan | 30 months prison, 2 years supervised release, $378,608 forfeiture | 6/30/2011 | Attorney at Ropes & Gray | Provided M&A information about clients to Goldfarb, who provided to Zvi Goffer in exchange for cash | Pled guilty to one count of conspiracy and one count of securities fraud | Yes | No | Yes | http://www.justice.gov/usao/nys/pressreleases/June11/cutilloarthurtsentencingpr.pdf |
| Brien Santarlas | Judge Richard Sullivan | 6 months prison, $32,500 forfeiture | 11/30/2011 | Attorney at Ropes & Gray | Provided inside information about Ropes & Gray clients | Pled guilty to one count conspiracy to commit securities fraud and one count securities fraud | Yes | No | Yes, received $35,000 from Goffer | http://www.businessweek.com/news/2011-12-02/ex-ropes-gray-lawyer-gets-6-months-in-goffer-tipping-case.html  http://amlawdaily.typepad.com/amlawdaily/2011/12/ropes-santarlas-sentence.html |
| Jason Goldfarb | Judge Richard Sullivan | 36 months in prison, 3 years supervised release, $1.5 million forfeiture | 8/19/2011 | Attorney | Delivered inside information from Cutillo and Santarlas about 3Com & Axcan to Zvi Goffer who then executed transactions | Pled guilty to one count conspiracy to commit securities fraud | Yes | No | | http://www.justice.gov/usao/nys/pressreleases/August11/goldfarbjasonsentencingpr.pdf |

| Name | Judge | Sentence | Date | Job | Conduct | Charges | Cooperator | Trade personally | Make money | Source |
|---|---|---|---|---|---|---|---|---|---|---|
| Anthony Scolaro | Judge William Pauley | 3 years probation, $275,890 fines and forfeiture | 8/2/2012 | Diamondback Manager | Traded on inside information from Franz Tudor | Pled guilty to one count of securities fraud | Yes | Yes | | http://www.forbes.com/sites/walterpavlo/2012/0 8/02/fmr-diamondback-manager-anthony-scolaro-gets-probation-for-insider-trade/ |
| Adam Smith | Judge Jed Rakoff | 2 years probation, $105,300 forfeiture, $15,000 fine | 6/26/2012 | Trader at Galleon and their own fund | Traded on confidential information at Galleon | Pled guilty to one count of securities fraud and one count of conspiracy | Yes | Yes | | http://dealbook.nytimes.com/2012/06/26/former-galleon-trial-winning-record-of-prosecutors-of-insider-trading/ http://www.businessweek.com/news/2012-06-26/rajaratnam-cooperator-smith-granted-two-years-probation. |
| Craig Drimal | Judge Richard Sullivan | 66 months prison, 3 years supervised release, $11 million forfeiture | 8/31/2011 | Trader at Galleon | Executed trades based on inside information from Cutillo and Santarlas | Pled guilty to five counts of securities fraud and one count of conspiracy | No | Yes | Made $10 million | http://www.forbes.com/sites/walterpavlo/2011/0 8/31/galleon-group-trader-craig-drimal-sentenced-to-66-months-in-prison/ |
| Donald Longueuil | Judge Jed Rakoff | 30 months prison, 2 years supervised release, $1,251,685 forfeiture | 7/29/2011 | Research analyst and portfolio manager at SAC, destroyed hard drive | Obtained inside information from Jiau and caused his hedge fund to execute trades, fraud and one count of securities fraud | Pled guilty to one count of conspiracy to commit securities fraud and one count of securities fraud and wire fraud | Yes | Yes | Caused hedge fund to make $1 million | http://www.justice.gov/u sao/nys/pressreleases/A pril11/longueuildonaldpl easr.pdf |
| Danielle Chiesi | Judge Richard Holwell | 30 months prison, 2 years supervised release, $25,000 fine | 7/20/2011 | Portfolio manager at New Castle Partners | Obtained and traded on inside information, traded inside information | Pled guilty to three counts of conspiracy to commit securities fraud | No | No | Hedge fund gained $1.7 million | http://www.justice.gov/u sao/nys/pressreleases/Ju ly11/chiesidaniellesenten cingpr.pdf |
| Mark Kurland | Judge Victor Marrero | 27 months prison, 2 years supervised release, $900,000 forfeiture | 5/21/2010 | Co-founder of New Castle | Directed New Castle to execute trades based on inside information received from Chiesi | Pled guilty to one count of conspiracy and one count of securities fraud | No | Yes | Yes | http://www.justice.gov/u sao/nys/pressreleases/M ay10/kurlandmarkkenten cingpr.pdf |
| David Plate | Judge Richard Sullivan | 3 years probation, 6 months house arrest, forfeit $289,000 | 11/2/2011 | Trader at Schottenfeld | Purchased 3Com & Axcan securities on basis of inside information received from Zvi Goffer | Pled guilty to one count of conspiracy and one count of securities fraud | Yes | Yes | Yes | http://www.bloomberg.c om/news/2011-11-02/plate-gets-3-years-probation-in-galleon-insider-trading-case.html |

| Name | Judge | Sentence | Date | Job | Conduct | Charges | Cooperator | Trade personally | Make money | Source |
|---|---|---|---|---|---|---|---|---|---|---|
| Don Ching Trang Chu | Judge Jed Rakoff | 2 years probation, $2,500 fine | 9/7/2011 | Consultant at Primary Global Research, expert networking firm | Arranged for consultants at firm to provide inside information to hedge fund clients | Pled guilty to one count of conspiracy to commit securities fraud and one count of conspiracy to commit wire fraud | Yes | No | | http://www.justice.gov/u sao/nys/pressreleases/N ovember10/chudonarres tor.pdf |
| Alexander Koval | Judge Paul Crotty | 26 months prison, 2 years supervised release, $1,414,290 forfeiture | 5/24/2011 | Investment advisor at Northern Trust | Traded on inside information received from Poteroba, an Executive Director at UBS | Pled guilty to three counts of securities fraud and one count of conspiracy to commit securities fraud | No | Yes | Yes | http://www.justice.gov/u sao/nys/pressreleases/M ay11/kovalaexsentenc enpr.pdf |
| Igor Poteroba | Judge Paul Crotty | 22 months prison, 3 years supervised relapse, $25,000 fine | 3/21/2011 | Executive director at UBS securities | Provided inside information about six securities fraud and one count of conspiracy to commit securities fraud | Pled guilty to three counts of securities fraud and one count of conspiracy to commit securities fraud | No | Yes | | http://www.justice.gov/u sao/nys/pressreleases/M arch11/poterobaigorsent encingpr.pdf |
| Daniel Corbin | Judge Victor Marrero | 6 months prison, 2 years supervised release, $1 million forfeiture | 12/9/2012 | Day trader | Paid for inside information and executed trades on Bouchareb's orders on their behalf | Pled guilty to one count securities fraud and one count of conspiracy | Yes | Yes | | http://www.justice.gov/u sao/nys/pressreleases/D ecember11/corbindanielpleapr.pdf |
| Jamil Bouchareb | Judge Victor Marrero | 80 months prison, 2 years supervised release, $15 million forfeiture | 12/9/2012 | Day trader | Obtained inside information from Devlin and executed trades | Pled guilty to one count securities fraud and one count of conspiracy | Yes | Yes | | http://www.justice.gov/u sao/nys/pressreleases/D ecember11/boucharebco rbinsentencingpr.pdf |
| Frederick Bowers | Judge George Daniels | 3 years probation, $12,000 forfeiture, $15,000 fine | 9/16/2009 | Sales representative at investment bank | Shared inside information from Bouchareb with clients in exchange for kickback | Pled guilty to one count of conspiracy to commit securities fraud | No | Yes | | http://www.justice.gov/u sao/nys/pressreleases/A pril10/corbindaniels2/indi ctmentpr.pdf |
| Matthew Devlin | Judge William Pauley | 3 years probation, $23,000 forfeiture | 3/29/2012 | Representative at Lehman | Tipped Bouchareb, Holter and Bowers about pending deals learned from his wife in exchange for cash | Pled guilty to securities fraud and four counts of conspiracy | Yes | Yes | | http://www.justice.gov/u sao/nys/pressreleases/M arch12/devlinmatthewple apr.pdf |
| Eric Holzer | Judge Victor Marrero | 9 months in halfway house | 9/30/2009 | Attorney | Traded on information received from Devlin | Pled guilty to one count of conspiracy to commit inside trading | Yes | Yes | | http://www.justice.gov/u sao/nys/pressreleases/Pl eas%20PR.pdf |
| Manosha Karunatilaka | Judge Jed Rakoff | 18 months prison, 2 years supervised release, $35,000 forfeiture | 9/15/2010 | Account manager at Taiwan Semiconductor Manufacturing | Provided inside information to expert networking firm in exchange for $35,000 | Pled guilty to one count of conspiracy to commit securities fraud and wire fraud | No | Yes; received more than $35,000 | | http://www.justice.gov/u sao/nys/pressreleases/Se ptember11/karunatilaka manoshasentencingpr.pd |

K1094313

| Name | Judge | Sentence | Date | Job | Conduct | Charges | Cooperator | Trade personally | Make money | Source |
|---|---|---|---|---|---|---|---|---|---|---|
| Joseph Contorinis | Judge Richard Sullivan | 6 years prison, 2 years supervised release, $12 million forfeiture | 12/17/2010 | Jefferies Paragon fund manager | Executed trades based on inside information received from Stephanou | Found guilty after three week trial of conspiracy and seven counts of securities fraud | No | No | Yes, made at least $7 million in profits | http://www.bloomberg.com/news/2010-12-17/former-jefferies-fund-manager-gets-six-years-trading-scheme.html |
| Nicos Stephanou | Judge Richard Sullivan | 19 months prison time served, $973,000 forfeiture | 12/23/2010 | Investment banker at UBS | Gave inside information to Contorinis | Pled guilty to seven counts of conspiracy to commit securities fraud and one count securities fraud | Yes | No | | http://www.justice.gov/usao/nys/pressreleases/November10/thairialItenternicniger.pdf |
| Ali Hariri | Judge Richard Holwell | 18 months prison, 2 years supervised release, $50,000 fine | 11/8/2010 | Vice president at Atheros Communications | Exchanged inside information about Atheros for stock tips from Ali Far | Pled guilty to one count of conspiracy and one count of securities fraud | No | No | Received $2,500 for stock tip | http://www.justice.gov/usao/nys/pressreleases/October10/continuingsposhpullweperdicitor.pdf |
| George Paparatios | Judge Paul Crotty | 3 years probation, $22,000 forfeiture, $10,000 fine | 7/1/1905 | Friend | Traded on inside information from Stephanou | Pled guilty to one count of securities fraud | Yes | Yes | | PACER |
| Robert Moffat, Jr. | Judge Deborah Batts | 6 months prison, 2 years supervised release, $50,000 fine | 9/13/2010 | Vice president at IBM | Provided inside information about IBM to Chiesi | Pled guilty to conspiracy to commit securities and one count securities fraud | No | No | | http://www.justice.gov/usao/nys/pressreleases/March10/moffatrobertplea.pdf |
| Bonnie Hoxie | Judge Alvin Hellerstein | 4 months house arrest, 3 years supervised release, 300 hours community service | 2/22/2011 | Assistant to executive at Disney | Disclosed inside information about Disney to Sebbag for purposes of selling to investors | Pled guilty to one count of conspiracy to commit securities fraud and wire fraud and one count of wire fraud | No | No | | http://www.justice.gov/usao/nys/pressreleases/February10/slainedavidpea.pdf |
| Yonni Sebbag | Judge Kimba Wood | 27 months prison, 2 years supervised release, $15,000 forfeiture | 1/28/2011 | Boyfriend of Hoxie | Attempted to sell inside information received from Hoxie | Pled guilty to one count of conspiracy to commit securities fraud and wire fraud | No | No | | http://www.justice.gov/usao/nys/pressreleases/August10/sebbagyonnieplea.pdf |
| David Slaine | Judge Richard Sullivan | 3 years probation, 300 hours community service, $50,000 fine | 1/19/2012 | Galleon Group trader | Executed trades based on inside information from Franklin | Pled guilty to securities fraud and conspiracy to commit securities fraud | Yes | Yes | | http://www.justice.gov/usao/nys/pressreleases/February10/slainedavidpea.pdf |
| James Gansman | Judge Miriam Cedarbaum | 1 year and 1 day prison, 6 months supervised release | 2/8/2010 | Partner at Ernst & Young | Gave inside information to Murdoch about E&Y clients | Found guilty of six counts of securities fraud | No | No | | http://www.fbi.gov/newyork/press-releases/2010/nyfo02081.0b.htm |
| Donna Murdoch | Judge Miriam Cedarbaum | 2 years probation, 6 months house arrest, 300 hours of community service | 7/27/2011 | Keystone Equities Group | Traded on inside information received from Gansman | Pled guilty to 15 counts of securities fraud, one count of obstructing justice and one count of making false statements to federal authorities | Yes | Yes | | http://www.fbi.gov/newyork/press-releases/2010/nyfo02081.0b.htm |

| Name | Judge | Sentence | Date | Job | Conduct | Charges | Cooperator | Trade personally | Make money | Source |
|---|---|---|---|---|---|---|---|---|---|---|
| Franz Tudor | Judge Richard Sullivan | 3 years probation, $86,000 forfeiture, $10,000 fine | 6/1/2012 | Galleon Trader | Traded on inside information received from Anthony Scolaro | Pled guilty to securities fraud and conspiracy to commit securities fraud | Yes | Yes | | http://www.forbes.com/sites/walterpavlo/2012/07/19/former-mckinsey-director-anil-kumar-gets-probation-for-exceptional-cooperation/ |
| **NOT YET SENTENCED** | | | | | | | | | | |
| Jesse Tortora | Judge William Pauley | Not yet sentenced (checked PACER) | | Research analyst at Diamondback | Obtained inside information about Dell and Nvidia and shared with each other and fund managers for whom they worked | Pled guilty to one count of conspiracy to commit securities fraud and one count of securities fraud | Yes | | | alphagear.pdf |
| Spyridon Adondakis | Judge John Keenan | Not yet sentenced (checked PACER) | | Research analyst at Neuberger Berman | Obtained inside information about Dell and Nvidia and shared with each other and fund managers for whom they worked | Pled guilty to one count of conspiracy to commit securities fraud and one count of securities fraud | Yes | | | http://www.justice.gov/usao/nys/pressreleases/January12/newmantoddett content/uploads/2012/03/ITLR-Feb_2012.pdf |
| Sandeep Goyal | Unassigned | Scheduled for 3/15/2013 | | Research analyst at Global | Obtained inside information about Dell and Nvidia and shared with each other and fund managers for whom they worked | Pled guilty to one count of conspiracy to commit securities fraud and one count of securities fraud | Yes | | | http://www.justice.gov/usao/nys/pressreleases/January12/newmantoddett alphagear.pdf |
| Samir Barai | Judge Deborah Batts | Not yet sentenced (checked PACER) | | Manager of two hedge funds | Received inside information from expert networking firm, including from Jiau, shared with others, destroyed evidence | Pled guilty to one count of conspiracy to commit securities fraud and wire fraud, one count of securities fraud, and one count of obstruction of justice | No | Yes | Caused hedge fund to execute trade resulting in gains of $800,000 | http://www.sec.gov/litigation/litreleases/2012/... |
| Noah Freeman | Judge Deborah Batts | Not yet sentenced (checked PACER) | | Research analyst at SAC | Traded on inside information about Marvell with Jiau and Longueuil | Pled guilty to one count of conspiracy to commit securities fraud and one count of securities fraud | Yes | Yes | | http://www.justice.gov/usao/nys/pressreleases/December11/longueuilmatthewappt.pdf |
| Jason Pflaum | Judge Jed Rakoff | Not yet sentenced (checked PACER) | | Research analyst for Barai | Caused Barai Capital to execute trades on basis of inside information | Pled guilty to one count of conspiracy to commit securities fraud and wire fraud | Yes | Yes | | http://www.justice.gov/usao/nys/pressreleases/December11/barai628.pdf |
| Anthony Chiasson | Judge Richard Sullivan | Trial was scheduled to start Oct 29, 2012 - delayed due to Sandy | | Co-founder of Level Global Investors LP | Obtained inside information about Dell and Nvidia and shared with each other and fund managers for whom they worked | one count of conspiracy to commit securities fraud | | | | http://www.hedgeweek.com/2012/02/28/162806/sec-obtains-final-judgments-against-jason-pflaum-and-walter-shimoon |

| Name | Judge | Sentence | Date | Job | Conduct | Charges | Cooperator | Trade personally | Make money | Source |
|---|---|---|---|---|---|---|---|---|---|---|
| Todd Newman | Judge Richard Sullivan | Trial was scheduled to start Oct 29, 2012, delayed due to Sandy | | Portfolio manager at Diamondback Capital Management | Obtained inside information about Dell and Nvidia and shared with each other and fund managers for whom they worked | one count of conspiracy to commit securities fraud and one count of securities fraud | | | | http://www.justice.gov/u sao/nys/pressreleases/se ptember12/newmandstet alchargespr.pdf |
| Jon Horvath | Judge Richard Sullivan | Scheduled for March 31, 2013 | | Analyst at SAC Capital | Obtained inside information about Dell and Nvidia and shared with each other and fund managers for whom they worked | Pled guilty to one count of conspiracy to commit securities fraud and two counts of securities fraud | Yes | Yes | Yes | http://www.nypost.com/ p/news/business/anothe r_hedge_guilty_Te1T2KF web5m9gW9vjBLM |
| Deep Shah | | Remains at large | | | | | | | | |
| Danny Kuo | Judge Richard Sullivan | Scheduled for March 15, 2012 (checked PACER) | | Analyst at Whittier Trust | Obtained inside information about Dell and Nvidia and shared with each other and fund managers for whom they securities fraud worked | Pled guilty to one count of conspiracy to commit securities fraud and one count of securities fraud | Yes | Yes | Yes | http://www.justice.gov/u sao/nys/pressreleases/Se ptember12/kuoplea.html and http://www.sec.gov/litig ation/litreleases/2012/lr 22471.htm |
| Hyung Lim | Judge Richard Sullivan | Scheduled for March 4, 2013 | | Altera Corp executive | Gave inside information to Kuo re: Nvidia and Altera | Pled guilty to one count of conspiracy to commit securities fraud and one count of wire fraud | Yes | No | Yes, received cash payments from Kuo | http://www.bloomberg.c om/news/2012-09-04/ex-altera-executive-said-to-pleaded-guilty-in-insider-case.html |
| Doug Whitman | Judge Jed Rakoff | Scheduled for December 20, 2012 | | Ran Whitman Capital | Received and traded on confidential information about Marvell Technology, Google and Polycom | Found guilty after three week jury trial of two counts of conspiracy to commit securities fraud and two counts of securities fraud | Yes | Yes | Yes | (newer release) + http://www.justice.gov/u sao/nys/pressreleases/Fe bruary12/whitmandougin dictmentpr.pdf |

A72014315

| Name | Judge | Sentence | Date | Job | Conduct | Charges | Cooperator | Trade personally | Make money | Source |
|---|---|---|---|---|---|---|---|---|---|---|
| Karl Motey | Judge Jed Rakoff | Not yet sentenced (checked PACER) | 12/14/2010 | Computer chip industry analyst | Shared inside information about Marvell with hedge fund clients, including Whitman | Pled guilty to one count of securities fraud, one count of conspiracy to commit securities fraud | Yes | No | Yes, received $12,500 from Whitman | http://www.bloomberg.com/news/2012-08-01/motey-says-he-passed-doug-whitman-marvell-sales-figures.html http://blogs.wsj.com/deals/2010/12/20/ah-sec-wag/2010/12/20/ah-insider-trading-arrests/ http://www.stopfraud.gov/iso/opa/stopfraud/NYS-120820.html |
| Tai Nguyen | Judge Naomi Reice Buchwald | Scheduled November 8, 2012 | | Owner of Insight Research, LLC | Traded on inside information from relative working at Abaxis and disclosed information to Barai and Freeman | Pled guilty to one count of securities fraud and one count of conspiracy to commit securities fraud and wire fraud | Yes | Yes | Yes, $145,000 | http://www.sec.gov/litigation/litreleases/2012/lr22403.htm http://online.wsj.com/article/SB10001424052702304782504577480599020491052 0.html |
| Mark Anthony Longoria | Judge Jed Rakoff | Set for July 2, 2013 | | Supply chain manager at Advanced Micro Devices | Provided information about Advanced Micro Devices to employees and client of expert networking firm in exchange for $200,000 | Pled guilty to one count of conspiracy to commit securities fraud and wire fraud, one count of conspiracy to commit securities fraud, one count of securities fraud, and one count false statements | Yes | No | Yes, received $200,000 for information | http://www.justice.gov/usao/nys/pressreleases/March12/arch12/allenscottpla.html |
| Scott Allen | | Not yet sentenced (checked PACER) | | Consultant at Mercer | Disclosed inside information to Bennett in exchange for $100,000; lied to FBI agents | Pled guilty to two counts of securities fraud and one count of conspiracy to commit securities fraud | No | No | Yes | http://www.justice.gov/usao/nys/pressreleases/March12/arch12/allenscottpla.html |
| John Bennett | Judge Deborah Batts | Scheduled for April 23, 2012 | | Merrill Lynch and film producer | Traded on inside information he paid Allen for | Pled guilty to seven counts of securities fraud and one count of conspiracy to commit securities fraud | No | Yes | Yes, $2.6 million | http://www.justice.gov/usao/nys/pressreleases/March12/arch12/allenscottpla.html |
| Walter Shimoon | Judge Jed Rakoff | Scheduled July 8, 2013 | | Director of Business Development at Flextronics International | Provided confidential information about iPhone in exchange for $27,500 | Pled guilty to two counts of conspiracy to commit securities fraud and one count of securities fraud | No | No | Yes, received $27,500 fee | http://www.justice.gov/usao/nys/pressreleases/July11/shimoonwalterpleaspr.pdf |

K1704313

| Name | Judge | Sentence | Date | Job | Conduct | Charges | Cooperator | Trade personally | Make money | Source |
|---|---|---|---|---|---|---|---|---|---|---|
| Roomy Khan | Judge Jed Rakoff | Not yet sentenced (checked PACER) | | Galleon employee | Gave inside information to Rajaratnam and Whitman. Provided inside information about Dell and its suppliers to clients of Fleishman's firm in exchange for $145,000 | Pled guilty to one count of securities fraud, one count of conspiracy to commit securities fraud, and one count obstruction of justice | Yes | Yes | Yes, admitted to making $1.6 million | http://www.sec.gov/litigation/litreleases/2010/lr21792.htm |
| Daniel Devore | Judge Jed Rakoff | Postponed until Dec 2013 for cooperation | | Global Supply Manager at Dell | | Pled guilty to conspiracy to commit securities fraud and securities fraud | No | No | Yes, was paid $145,750 | arrestop.pdf |
| Ali Far | Judge Robert Patterson | Not yet sentenced (checked PACER) | | Co-founder of Spherix Capital /hedge fund | Exchanged stock tips for inside information from Hariri | Pled guilty to securities fraud and conspiracy to commit securities fraud | Yes | | | http://www.reuters.com/article/2010/12/16/fund-er-lee-idUSN1623402420101216 |
| Richard Choo-Beng Lee | Judge Kevin Castel | Not yet sentenced (checked PACER) | | Co-founder Spherix Capital | Traded on inside information received through Primary Global | Pled guilty to one count of securities fraud and one count conspiracy to commit securities fraud | Yes | Yes | Yes | http://www.justice.gov/usao/nys/pressreleases/December12/chiimoonelaiarrestpr.pdf |
| John Kinnucan | Judge Deborah Batts | Not yet sentenced (pled guilty July 25, 2012) | | Founder of Broadband Research | Traded on inside info he obtained from employees of public companies | Pled guilty to conspiracy to commit securities fraud and two counts of securities fraud | No | Yes | Yes | http://www.justice.gov/usao/nys/pressreleases/February12/kinnucanjohnarrestpr.pdf |

4770443.3

| Name | Guidelines Range | Sentence | Position | Personal Profits |
|------|------------------|----------|----------|------------------|
| Don Chu 11 Cr. 32 (JSR) | 0-6 months | **2 years probation** | PGR consultant | $6,000/month |
| Craig Drimal 10 Cr. 56 (RJS) | 70-87 months | **66 months prison** | Galleon trader | $11 million |
| Jason Goldfarb 10 Cr. 56 (RJS) | 37-46 months | **3 years prison** | Attorney | $32,500 |
| Donald Longueuil 11 Cr. 161 (JSR) | 46-57 months | **30 months prison** | Hedge fund portfolio manager | $1.2 million |
| Danielle Chiesi 09 Cr. 1184 (RJH) | 37-46 months | **30 months prison** | Hedge fund portfolio manager | **** |
| Arthur Cutillo 10 Cr. 56 (RJS) | 30-37 months | **30 months prison** | Attorney at Ropes & Gray | $378,608 |
| Alexei Koval 10 Cr. 443 (PAC) | 30-37 months | **26 months prison** | Registered investment adviser | Over $1.4 million |
| Igor Poteroba 10 Cr. 649 (PAC) | 30-37 months | **22 months prison** | Executive director at UBS | Over $465,000 |
| Yonni Sebag 10 Cr. 753 (KMW) | 27-33 months | **27 months prison** | **** | $15,000 |
| Joseph Contorinis 09 Cr. 1083 (RJS) | 97-121 months | **6 years prison** | Hedge fund portfolio manager | $7 million |
| Ali Hariri 10 Cr. 173 (RJH) | 24-30 months | **18 months prison** | Executive at Atheros Comm'ns Inc. | **** |
| Robert Moffat Jr. 10 Cr. 270 (DAB) | 0-6 months | **6 months prison** | IBM senior executive | **** |
| Mark Kurland 09 Cr. 1184 (RJH) | 30-37 months | **27 months prison** | Senior managing director at a hedge fund | $900,000 |
| Michael Koulouroudis 09 Cr. 440 (PGG) | 18-24 months | **3 months prison** | **** | $197,000 |

| | | | | |
|---|---|---|---|---|
| Randi Collotta 07 Cr. 143 (VM) | 12-18 months | 60 days prison | Compliance officer at Morgan Stanley | $315,000 shared profits |
| Xujia Wang 07 Cr. 730 (CM) | 30-37 months | 18 months prison | Vice president at Morgan Stanley | $600,000 shared profits |
| Ruopian Chen 07 Cr. 730 (CM) | 30-37 months | 18 months prison | **** | $600,000 shared profits |
| Eugene Plotkin 06 Cr. 389 (RJH) | 57-71 months | 57 months prison | Goldman Sachs associate | $6.7 million shared profits |
| Ken Okada 07 Cr. 144 (DC) | 30-37 months | 3 years probation | Stockbroker at Bear Stearns | $300,000 |
| Laurence McKeever 07 Cr. 142 (LAP) | 10-16 months | 2 years probation | Compliance officer at Assent LLC (brokerage firm) | $30,000 |
| Mitchel Guttenberg 07 Cr. 141 (DAB) | 78-97 months | 78 months prison | Executive director at UBS | $15.8 million |
| Hafiz Naseem 07 Cr. 610 (RPP) | 97-121 months | 10 years prison | Investment banker at Credit Suisse | $7.5 million |
| John Marshall 08 Cr. 924 (LTS) | 46-57 months | 18 months prison | Vice-chairman of Int'l Securities Exchange board | Over $1,000,000 shared profits |
| David Tavdy 07 Cr. 141 (DAB) | 63-78 months | 63 months prison | Trader at Assent LLC | $10.3 million |
| George Paparizos 09 Cr. 400 (PAC) | 6-12 months | 3 years probation | **** | $25,000 |
| Frederick Bowers 09 Cr. 496 (GBD) | 12-18 months | 3 years probation | Salesman at Lehman Brothers | **** |
| Eric Holzer 09 Cr. 470 (VM) | 12-18 months | 5 years probation | Tax attorney at Paul Hastings | $100,000 |
| James Gansman 08 Cr. 471 (MGC) | 41-51 months | 12 months and 1 day prison | Attorney and partner at Ernst & Young | $300,000 |