```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 04/24/2013
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------X
UNITED STATES OF AMERICA,

       - against -

TAI NGUYEN,

                Defendant.
------------------------------------X

**O R D E R**

12 CR 495 (NRB)

**NAOMI REICE BUCHWALD**
**UNITED STATES DISTRICT JUDGE**

    The defendant Tai Nguyen's surrender date is hereby stayed from May 1, 2013 until June 17, 2013.

**SO ORDERED.**

Dated:    New York, New York
            April 23, 2013

                                            NAOMI REICE BUCHWALD
                                            UNITED STATES DISTRICT JUDGE